FILED

JUL 13 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK DEFOREST RHINEHART,<br><br>Defendant. | CR 13-66-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, DEREK DEFOREST RHINEHART is hereby released from the custody of the U.S. Marshals Service.

DATED this 13TH day of July, 2018.

SUSAN P. WATTERS
United States District Judge

1