# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK DEFOREST RHINEHART,<br><br>Defendant. | CR 13-66-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Petition Seeking Revocation of the Defendant's Supervised Release (Doc. 77), and for good cause being shown,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 77) is **GRANTED.** The amended petition seeking to revoke the defendant's supervised release (Doc. 70) is **DISMISSED.**

**IT IS FURTHER ORDERED** that the final revocation hearing currently scheduled for May 18, 2022 at 10:30 a.m. is **VACATED.**

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of May, 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge